UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **ROBERTA RUE** | : | **DOCKET NO. 6:22-cv-04007** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **DOVER BAY SPECIALTY INSURANCE CO., ET AL.** | : | **MAGISTRATE JUDGE LEBLANC** |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 27], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law; it is

**ORDERED, ADJUDGED, AND DECREED** that the Report and Recommendation [doc. 27] is **ADOPTED.** Accordingly, **IT IS ORDERED** that the Motion to Dismiss [Doc. 9] be **DENIED**.

**THUS DONE AND SIGNED** in Chambers on the 19th day of April, 2024.

*/s/ James D. Cain, Jr.*
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE